**Order entered March 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00533-CR

### RAMIRO PAYAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F09-72851-Y

## ORDER

The Court **REINSTATES** the appeal.

On January 14, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is represented by retained counsel Jeffrey Buchwald; (3) Mr. Buchwald was not getting notices from the Court regarding the appeal because the notices were being sent to William Rink; (4) Mr. Buchwald has contacted the court reporter for a copy of the record; and (5) Mr. Buchwald will file appellant's brief within thirty days of the February 27, 2014 hearing.

We note that the clerk's record filed in this appeal lists William Rink as appellant's attorney, as does the trial court's judgment. Mr. Buchwald filed neither a notice of appearance nor anything else with the Court to show he was appellant's attorney.

Additionally, on June 24, 2013, the Court sent the trial court a letter stating the certification of appellant's right to appeal does not appear to be correct. The certification reflects the case involved a plea bargain and that appellant waived his right to appeal. The record, however, reflects that appellant was found guilty in a trial before the Court. Nothing in the record reflects appellant waived his right to appeal after sentence was imposed. We asked the trial court to review the record and to file a certification that accurately reflects the trial court proceedings. To date, we have not received the amended certification.

Finally, we note that although court reporter Kelly Bryant filed a volume of the reporter's record that identifies the exhibits admitted into evidence, Ms. Bryant did not include the exhibits in that volume.

Accordingly, this is the order of the Court.

We **DIRECT** the Clerk to list Jeff Buchwald as appellant's retained attorney of record in place of William Rink.

We **ORDER** the trial court to prepare and file, within **FIFTEEN DAYS** of the date of this order, a certification of appellant's right to appeal that accurately reflects the trial court's proceedings. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 2013 WL 5220904 (Tex. Crim. App. Sept. 18, 2013).

We **ORDER** court reporter Kelly Bryant to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing all of the exhibits, including DVD exhibits, admitted into evidence.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; court reporter Kelly Bryant; Sharon Johnson, Court Coordinator, Criminal District Court No. 7; LaMonica Littles, Chief Clerk, Criminal District Court No. 7; Jeff Buchwald; and Michael Casillas.

/s/     DAVID EVANS
          JUSTICE